IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Tail Matlin and James Waring, ,

Plaintiff(s),

v.

Spin Master Corp., Spin Master Ltd, and Swimways Corporation,

Defendant(s).

Case No. 17 C 7706
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Spin Master Corp., and Spin Master Ltd.
and against plaintiff(s) Tai Matlin and James Waring

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion to Dismiss

Date: 7/20/2018                    Thomas G. Bruton, Clerk of Court

                                   /s/ Lynn Kandziora, Deputy Clerk