IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TAI MATLIN and JAMES WARING,<br><br>Plaintiffs,<br><br>v.<br><br>SPIN MASTER CORP., SPIN MASTER LTD., and SWIMWAYS CORPORATION,<br><br>Defendants. | Case No.: 1:17-cv-07706<br>Honorable Virginia M. Kendall<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs, Tai Matlin and James Waring, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final Judgment by the Honorable Virginia M. Kendall entered on July 20, 2018, Docket No. 41, including all prior interlocutory rulings.

        Respectfully submitted,

**TAI MATLIN and JAMES WARING**,
Plaintiff

By: ___/s/*Alexander N. Loftus*_____
       One of Their Attorneys

Alexander N. Loftus, Esq.
Ryan Moore, Esq.
STOLTMANN LAW OFFICES, P.C.
233 S. Wacker, 84th Floor
Chicago, Illinois 60603
PH: (312) 332-4200
alex@stoltlaw.com
ryan@stoltlaw.com

Dated: August 25, 2018

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2018, a copy of the foregoing Notice of Appeal was filed electronically. Service of this filing will be made by operation of the court's electronic filing system upon:

Allen E. Hoover, Esq.
Andrew Charles Wood, Esq.
Nicole L. Little, Esq.
Fitch, Even, Tabin & Flannery
120 S. LaSalle, Suite 2100
Chicago, IL 60603
ahoover@fitcheven.com
nlittle@fitcheven.com

Jonathan G Graves, Esq.
Cooley LLP
One Freedom Square
11951 Freedom Drive
Reston, VA 20190
jgraves@cooley.com

                                                s/*Alexander N. Loftus*